**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAESHONE HOLMES, | ) | CASE NO. ED CV 12-01792 PA (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| D.K. JOHNSON, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of RAESHONE HOLMES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 10, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE